**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 264 MAL 2022

           Petitioner                       :

                                     :   Petition for Allowance of Appeal

                                     :   from the Order of the Superior Court

           v.                           :

MAXWELL DAVID EDGIN,              :

           Respondent          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.